■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN NESBIT, Appellant.—Judgment, Supreme Court, New York County (Livingston Wingate, J.), rendered on June 4, 1984, unanimously affirmed. Application by appellant's coun-

sel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Carro, Fein and Milonas, JJ.